**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KENNETH GRAHAM                                                                                          PLAINTIFF

v.                                            No. 4:12CV00276 JLH

AIG LIFE INSURANCE COMPANY;
AMERICAN GENERAL LIFE INSURANCE
COMPANY OF DELAWARE; and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA                                                                    DEFENDANTS

## ORDER

The Court has determined that resolution of the pending motion to compel requires an *in camera* review of the documents that have been withheld based upon the work product doctrine or the attorney-client privilege. The Court therefore orders the defendants to deliver those documents to chambers for an *in camera* review on or before Friday, November 2, 2012.

IT IS SO ORDERED this 23rd day of October, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE