**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KENNETH GRAHAM                                                                                           PLAINTIFF

v.                                          NO. 4:12CV00276 JLH

AIG LIFE INSURANCE COMPANY;
AMERICAN GENERAL LIFE INSURANCE
COMPANY OF DELAWARE; and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA                                                                    DEFENDANTS

**ORDER**

The Court has been informed that the parties are finalizing settlement in this matter and that a trial will not be required at this time. Therefore, the February 18, 2014, jury trial in Little Rock is removed from the Court's docket. The parties are directed to submit the appropriate motion upon finalization of the settlement, at which time a formal order of dismissal will be entered.

IT IS SO ORDERED this 11th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE