IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH GRAHAM                                                                                    PLAINTIFF

v.                                             NO. 4:12CV00276 JLH

AIG LIFE INSURANCE COMPANY;
AMERICAN GENERAL LIFE INSURANCE
COMPANY OF DELAWARE; and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA                                                                DEFENDANTS

## ORDER OF DISMISSAL

The complaint and all claims in this action against defendants are hereby dismissed with prejudice. The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 30th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE